

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2015

No. 04-15-00213-CV

**IN THE INTEREST OF A.J.R.,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014EM501263
The Honorable Nick Catoe, Jr., Judge Presiding

## O R D E R

    Appellant has filed a document in this court entitled "Notice to Withdraw Administrative Writ of Withholding." No clerk's record has yet been filed, but it appears the appeal is from an order of child support. In appellant's notice, which we interpret as a motion, he seems to contend the trial court's writ to withhold child support – which was apparently attendant to the child support order – must be withdrawn because the trial court lacked jurisdiction over him, among other things. This is a complaint that should be included in appellant's brief when it is filed, which will be after the complete appellate record is filed. Accordingly, we **DENY** appellant's motion.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court